B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## SOUTHERN DISTRICT OF FLORIDA

In re **Shlomo Bentov**

_____ ,
                      Debtor

Case No. **13-36143-RAM**_____

Chapter **7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $ 1,233,299.00 | | |
| B - Personal Property | | | $ 13,625.00 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $ 3,226,852.25 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $ 15,054,010.72 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | $ 5,611,932.82 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | | | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | | | | | $ 6,072.59 |
| TOTAL | | 0 | $ 1,246,924.00 | $ 23,892,795.79 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### SOUTHERN DISTRICT OF FLORIDA

In re **Shlomo Bentov**

_____,
                    Debtor

Case No. **13-36143-RAM**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6A (Official Form 6A) (12/07)

In re <u>Shlomo Bentov,</u>                Case No.    <u>**13-36143-RAM**</u>
Debtor                                   (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 14200 Farmer Road<br>Palmetto Bay, FL 33158 | Fee Owner | | $1,233,299.00 | $2,240,000.00 |
| | | Total ▶ | $1,233,299.00 | |

(Report also on Summary of Schedules.)

B 6B  (Official Form 6B) (12/2007)

In re  **Shlomo Bentov,**                                                                    Case No.   **13-36143-RAM**
_____                                                     _____
                              **Debtor**                                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | In Debtor's Possession | H | $25.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Citibank Checking #3947 | J | $100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | (2) couches, (2) coffee tables, music system | J | $200.00 |
| | | Dining Room table and (12) chairs | J | $300.00 |
| | | (6) beds, nightstands, (3) dressers, (11) tv's, bar, pool table, couch | J | $500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous Paintings | J | $100.00 |
| 6. Wearing apparel. | | Clothing | | $100.00 |
| 7. Furs and jewelry. | | Wedding ring | H | $300.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re  Shlomo Bentov,                                                    Case No.     13-36143-RAM
                                    Debtor                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | | | |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | |
| 16. Accounts receivable. | X | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |

B 6B  (Official Form 6B) (12/2007)

In re **Shlomo Bentov,**                                        Case No.    13-36143-RAM
                    **Debtor**                                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Mercedes C300<br>VIN#<br>Mileage: 85,000 | H | $12,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | (3) Dogs | J | $0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_2_ continuation sheets attached        Total ▶        $13,625.00
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (04/13)

In re **Shlomo Bentov,**                              Case No.   **13-36143-RAM**
                  **Debtor**                                             (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                         $155,675.*
   ☐ 11 U.S.C. § 522(b)(2)
   ☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 14200 Farmer Road<br>Palmetto Bay, FL 33158 | Fla. Const., Art. 10, §4(a)(1), FSA §§ 222.01, 222.02 | | $1,233,299.00 |
| 2008 Mercedes C300<br>VIN#<br>Mileage: 85,000 | FSA § 222.25(1) | $1,000.00 | $12,000.00 |
| In Debtor's Possession | Art. 10 § 4(a)(2), FSA § 222.061 | | $25.00 |
| Citibank Checking #3947 | Art. 10 § 4(a)(2), FSA § 222.061 | $100.00 | $100.00 |
| (2) couches, (2) coffee tables, music system | Art. 10 § 4(a)(2), FSA § 222.061 | $200.00 | $200.00 |
| Dining Room table and (12) chairs | Art. 10 § 4(a)(2), FSA § 222.061 | $300.00 | $300.00 |
| (6) beds, nightstands, (3) dressers, (11) tv's, bar, pool table, couch | Art. 10 § 4(a)(2), FSA § 222.061 | $500.00 | $500.00 |
| (3) Dogs | Art. 10 § 4(a)(2), FSA § 222.061 | $0.00 | $0.00 |
| Wedding ring | Art. 10 § 4(a)(2), FSA § 222.061 | $25.00 | $300.00 |
| Clothing | Art. 10 § 4(a)(2), FSA § 222.061 | $100.00 | $100.00 |
| Miscellaneous Paintings | Art. 10 § 4(a)(2), FSA § 222.061 | $100.00 | $100.00 |

**\*** *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

In re  Shlomo Bentov_____,     Case No. 13-36143-RAM_____
                    **Debtor**                                          **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Benedict P. Kuehne, Esq.<br>Law Office of Benedict P. Kuehne, P.A.<br>100 SE 2nd Street, Suite 3550<br>Miami, FL 33131 | | | 7/7/08<br>**Mortgage Deed**<br><br>14200 Farmer Road<br>Palmetto Bay, FL 33158<br><br>VALUE $$1,233,299.00 | X | | | $124,241.25 | $225,000.00 |
| ACCOUNT NO.<br>Berenfeld Spritzer Shechter<br>c/o Emery Sheer<br>2525 Ponce de Leon Blvd.<br>Suite 5<br>Coral Gables, FL 33134 | | | Mortgage<br><br><br>VALUE $        $0.00 | | | | Unknown | Unknown |
| ACCOUNT NO.<br>Deborah S. Chames, Esq.<br>201 S. Biscayne Blvd., 17th Floor<br>Miami, FL 33131 | | | Mortgage<br><br>14200 Farmer Road<br>Palmetto Bay, FL 33158<br><br>VALUE $ $1,233,299.00 | | | | $50,000.00 | $607,611.00 |
| ACCOUNT NO.<br>Elena Ben-Tov<br>5131 SW 87th Avenue<br>Miami, FL 33165 | | | Mortgage<br><br>14200 Farmer Road<br>Palmetto Bay, FL 33158<br><br>VALUE $ $1,233,299.00 | X | X | X | $607,611.00 | Unknown |

1 continuation sheets
attached

Subtotal ▶
(Total of this page)

Total ▶
(Use only on last page)

$  781,852.25     $  832,611.00

$                        $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.

In re Shlomo Bentov_____,    Case No. 13-36143-RAM
        Debtor                                       (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7480<br>Great Florida Bank<br>15050 NW 79th Court, #200<br>Miami Lakes, FL 33016 | | | Mortgage<br><br>14200 Farmer Road<br>Palmetto Bay, FL 33158<br><br>VALUE $    $1,233,299.00 | | | | $2,240,000.00 | $1,006,701.00 |
| Additional Contacts for Great Florida Bank (7480):<br><br>Great Florida Bank<br>PO Box 028580<br>Miami, FL 33016 | | | | | | | | |
| ACCOUNT NO.<br>Luis M. Padron, Esq. Padron & Estevez-Pazos, P.L.<br>135 San Lorenzo Ave., Suite 650<br>Coral Gables, FL 33146 | | | Mortgage<br><br><br>VALUE $          $0.00 | | | | Unknown | Unknown |
| ACCOUNT NO.<br>Rosenthal Rosenthal Rasco Kaplan, LLC<br>20900 NE 30th Avenue Suite 600<br>Aventura, FL 33180 | | | Mortgage<br><br>14200 Farmer Road<br>Palmetto Bay, FL 33158<br><br>VALUE $    $1,233,299.00 | | | | $175,000.00 | Unknown |
| ACCOUNT NO.  7605<br>Summit Financial Corp<br>100 NW 100th Avenue<br>Plantation, FL 33324 | | | Auto Lien<br><br>2008 Mercedes C300<br>VIN#<br>Mileage: 85,000<br><br>VALUE $    $12,000.00 | | | | $30,000.00 | $18,000.00 |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$ 2,445,000.00     $ 1,024,701.00

Total(s) ▶
(Use only on last page)

$ 3,226,852.25     $ 1,857,312.00

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (04/13)

In re   **Shlomo Bentov** _____,   Case No. _13 — 36143 -RAM_
                    Debtor                                     _(if known)_

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**0**_____ continuation sheets attached

B 6E (Official Form 6E) (04/13) — Cont.

In re **Shlomo Bentov** _____ ,          Case No. _13-36143-RAM_
                  **Debtor**                                                                                           (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Internal Revenue Service PO Box 8208 Philadelphia, PA 19101 | | | Federal Tax Lien 2010-2012 | X | X | X | $6,827,569.09 | unknown | unknown |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. _1_ of _0_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ► (Totals of this page) — $ 0.00 / 6,827,569.09 | $ 0.00 | -$0.00

Total ► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) — $

Totals ► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) — $ | $

B 6F (Official Form 6F) (12/07)

In re **Shlomo Bentov** _____, Case No. **13-36143-RAM** _____
Debtor                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Adcom Worldwide c/o Sprechman & Associates, P.A. 2775 Sunny Isles Blvd., #100 North Miami Beach, FL 33160** | | | **Judgment Lien** | | | | **$16,193.68** |
| ACCOUNT NO.<br><br>**Anderson Management Co. Anderson Tobacco Co., LLC Homeland Tobacco Co. ***Creditor unsecured mailing state RMC**** | | | | | | | **N/A** |
| Additional Contacts for Anderson Management Co.:<br><br><br>**Byron Petersen, Esq. ***Creditor unsecured additional mailing state RMC**** | | | | | | | |
| ACCOUNT NO.<br><br>**Averitt Express PO Box 102197 Atlanta, GA 30368** | | | | | | | **$2,912.00** |

| | | | | | Subtotal▶ | $ | **19,105.68** |
|---|---|---|---|---|---|---|---|

**11** continuation sheets attached

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Shlomo Bentov** _____ ,     Case No. **13-36143-RAM** _____
              Debtor                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Boss Burley Tobacco International, LLC**<br>**7575 NW 70th Street**<br>**Miami, FL 33166** | | | | | | | Unknown |
| ACCOUNT NO.<br><br>**Brian Dorfman**<br>**1108 NW 70th Street**<br>**Hermitage, TN 37076** | | | | | | | Unknown |
| ACCOUNT NO.<br><br>**Caribex Worldwide, Inc.**<br>**4248 Piedmont Parkway**<br>**Greensboro, NC 27425** | | | **Judgment Lien** | | | | $31,229.31 |
| ACCOUNT NO.<br><br>**Christy Hertz, Esq.**<br>**90 Almeria Avenue**<br>**Coral Gables, FL 33134** | | | **Attrorneys' Fees** | X | X | X | Unknown |

Sheet no. __1__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                         Subtotal▶    $       **31,229.31**

                                  Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re <u>Shlomo Bentov</u>                              ,          Case No. <u>13-36143-RAM</u>
            **Debtor**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Clinton R. Losego, Esq.<br>Gunster, Yoakley & Stewart, P.A.<br>One Biscayne Blvd.<br>Miami, FL 33131 | | | Notice Only | | | | N/A |
| ACCOUNT NO.<br><br>David Allan Freedman<br>Coffey Burlington, P.L.<br>Office in the Grove, Penthouse<br>2699 South Bayshore Drive<br>Miami, FL 33133 | | | Notice Only | | | | N/A |
| ACCOUNT NO.<br><br>David B. Nimer, LLC<br>c/o Howard Kuker, Esq.<br>508 Dadeland Towers North<br>9200 S. Dadeland Blvd.<br>Miami, FL 33156 | | | Deficiency Judgment 7/16/09 | X | X | X | Unknown |
| ACCOUNT NO.<br><br>David H. Lichter, Esq.<br>Higer Lichter & Givner, LLP<br>18305 Biscayne Blvd., Suite 302<br>Aventura, FL 33160 | | | Notice Only | | | | N/A |

Sheet no. __2__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $          0.00

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Shlomo Bentov                                                 ,          Case No.  13-36143-RAM
                        **Debtor**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Delsamshane Real Estate Investment Co., LLC 600 Brooks Rd. Iowa Falls, IA 50126 | | | | X | X | X | Unknown |
| ACCOUNT NO. Elena Ben-Tov c/o Christy Lihertz, Esq. 90 Almeria Avenue Suite 201 Coral Gables, FL 33134 | | | Divorce Settlement | X | X | X | Unknown |
| ACCOUNT NO. FedEx Techconnect, Inc. c/o Sprechman & Associates, P.A. 2775 Sunny Isles Blvd., #100 North Miami Beach, FL 33160 | | | Judgment Lien | | | | $41,531.79 |
| ACCOUNT NO. Gunster, Yoakley & Stewart, P.A. c/o Dale Howard 2 South Biscayne Blvd., Suite 3400 Miami, FL 33131 | | | Attorneys' Fees | X | X | X | Unknown |

Sheet no.  **3**  of  **11**  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $   41,531.79

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Shlomo Bentov_____,        Case No. __13-36143-RAM_____
                Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>H.J.J., Inc.<br>c/o Michael A. Levin, Esq.<br>1900 N. Commerce Parkway<br>Weston, FL 33326 | | | 9/25/12<br><br>Judgment | | | X | $89,955.04 |
| ACCOUNT NO.<br><br>Horry County State Bank<br>PO Box 218<br>Loris , SC 29569 | | | 5/13/09<br><br>Loan | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Howard Alternatives, Inc.<br>c/o William K. Hill, Esq.<br>Gunster Yoakley & Stewart, P.A.<br>2 South Biscayne Blvd., Suite 3400<br>Miami, FL 33131 | | | 7/3/12<br><br>Judgment | | | X | $1,172,965.79 |
| ACCOUNT NO.<br><br>James R. Kelly<br>c/o Robert W. Holland, Esq.<br>5955 NE 4th Court<br>Miami, FL 33137 | | | 5/30/13<br><br>Judgment | X | | X | $884,997.16 |

Sheet no.__4__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **2,147,917.99**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Shlomo Bentov** _____ ,            Case No. **13-36143-RAM** _____
                     Debtor                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Jay Gamberg, Esq.** <br> **4000 Hollywood, Suite 350 North** <br> **Hollywood, FL 33021** | | | **Notice Only** | | | | **N/A** |
| **ACCOUNT NO.** <br><br> **Law Office of Robert W. Holland** <br> **PO Box 531430** <br> **Miami Shores, FL 33153** | | | **Notice Only** | | | | **N/A** |
| **ACCOUNT NO.** <br><br> **Madison Acquisitions Corp.** <br> **PO Box 630037** <br> **North Miami Beach, FL 33163** | | | **Judgment Lien** | | | | **$7,444.53** |
| **ACCOUNT NO.** <br><br> **Mainfreight, Inc.** <br> **1400 Glenn Curtiss Street** <br> **Carson, CA 90746** | | | **Judgment Lien** | | | | **$29,813.30** |

Sheet no. __5__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 37,257.83

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re <u>Shlomo Bentov</u> _____ ,          Case No. <u>13-36143-RAM</u> _____
           **Debtor**                                                                   **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Majestic Caterers<br>c/o Michael Levin, Esq.<br>1900 N. Commerce Pkwy.<br>Weston, FL 33326 | | | 9/25/12<br><br>Judgment $45,166.65 | | | X | $121,338.44 |
| ACCOUNT NO.<br><br>Manhattan Condominium Development, Inc.<br>c/o Bernard Allen, Esq.<br>2699 S. Bayshore Drive<br>Floor 7<br>Miami, FL 33133 | | | deficiency judgment<br>8/18/09 | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Maria Yip<br>201 Alhambra Circle, Suite 501<br>Coral Gables, FL 33134 | | | Claim from Receivership | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Michael L. Feinstein, Esq.<br>888 East Olas Blvd., Suite 700<br>Ft. Lauderdale, FL 33301 | | | Notice Only | | | | N/A |

Sheet no. __6__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $     **121,338.44**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Shlomo Bentov_____,          Case No. __13-36143-RAM__
                      **Debtor**                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Michael Phelan** <br>**c/o Moecker & Associates, Inc.** <br>**3613 North 29th Avenue** <br>**Hollywood, FL 33020** | | | **Claim from Assignment Cases** | X | X | X | **Unknown** |
| ACCOUNT NO. <br><br> **Mindy Lee Pallot, Esq.** <br>**Horry County State Bank** <br>**1200 Brickell Ave., Suite 950** <br>**Miami, FL 33131** | | | **Notice Only** | | | | **N/A** |
| ACCOUNT NO. <br><br> **National Assn. of Attorneys General** <br>**2030 Market Street NW** <br>**Washington , DC 20036** | | | | | | | **Unknown** |
| ACCOUNT NO. <br><br> **Ocean Bank** <br>**c/o J.T. Haley, Esq.** <br>**Haley, Sinajao & Perez, P.A.** <br>**100 S. Biscayne Blvd., Suite 800** <br>**Miami, FL 33131** | | | **Final Judgment** | | | X | **$785,293.70** |

Sheet no. __7__ of __11__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ __785,293.70__

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Shlomo Bentov_____,        Case No. __13-36143-RAM_____
                    __Debtor__                                        __(if known)__

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Opa Opa Corp. <br> 70 Split Rock Road <br> Syosset, NY 11791 | | | | | | | Unknown |
| ACCOUNT NO. <br><br> Pascale Guerrier, Esq. <br> U.S. Dept. of Justice <br> 555 4th Street, NW, Room 6214 <br> Washington, DC 20001 | | | Notice Only | | | | N/A |
| ACCOUNT NO. <br><br> Peter F. Valori, Esq. <br> Damian & Valori, LLP <br> 1000 Brickell Ave., #1020 <br> Miami, FL 33131 | | | Notice Only | | | | N/A |
| ACCOUNT NO. <br><br> Platinum Gold Entertainment, Inc. <br> c/o Michael A. Levin, Esq. <br> 1900 N. Commerce Pkwy. <br> Weston, FL 33326 | | | 9/25/12 <br><br> Judgment | | | X | $98,393.87 |

Sheet no. __8__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 98,393.87

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Shlomo Bentov                                    ,          Case No.  13-36143-RAM
                        Debtor                                                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SD Aroma, LLC<br>c/o William K. Hill, Esq.<br>2 South Biscayne Blvd., Suite 3400<br>Miami, FL 33131 | | | 7/3/12<br>Judgment | | | X | $1,552,970.37 |
| ACCOUNT NO.<br><br>Shane Rolls<br>12241 SW 130th Street<br>Miami, FL 33186 | | | | | | X | Unknown |
| ACCOUNT NO.<br><br>Stover A. Hughes<br>1731 Old Powhatan ES<br>Powhatan, Virgina 23139 | | | Judgment Lien | | | X | $769,374.41 |
| ACCOUNT NO.<br><br>SunTrust Bank<br>Garnishment Levy Processing<br>MC: GA-Atlanta-5099<br>PO Box 4418<br>Atlanta, GA 30302 | | | | | | X | Unknown |

Sheet no. __9__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **2,322,344.78**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Shlomo Bentov** _____ ,    Case No. **13-36143-RAM** _____
   **Debtor**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SunTrust Bank<br>303m Peachtree Center Ave.,<br>5th Floor<br>Atlanta, GA 30308 | | | | | | | Unknown |
| ACCOUNT NO.<br><br>Tim-Bar Corp.<br>PO Box 680519<br>Miami, FL 33167 | | | Judgment Lien | | | | $7,444.53 |
| ACCOUNT NO.<br><br>Ultimate Water, LLC<br>PO Box 024908<br>Miami, FL 33102 | | | Utility | | | | $74.90 |
| ACCOUNT NO.<br><br>United States of America Dept. of Treasury, Alcohol & Tobacco and Trade Bureau ***Creditor unsecured mailing state RMC*** | | | Tax Claims | X | X | X | Unknown |

Sheet no. **10** of **11** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **7,519.43**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re <u>Shlomo Bentov</u>                    ,        Case No. <u>13-36143-RAM</u>
                   Debtor                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Additional Contacts for United States of America:<br><br>Pascale Guerrier, Esq.<br>U.S. Dept. of Justice<br>555 5th Street, NW Room 6214<br>Washington, DC 20001 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __11__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          0.00

Total▶  $   5,611,932.82
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re **Shlomo Bentov,**                                      Case No.   **13-36143-RAM**
                        **Debtor**                                                 **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

B 6H (Official Form 6H) (12/07)

In re **Shlomo Bentov,**                                    Case No.  **13-36143-RAM**
_____            _____
                          **Debtor**                                              **(if known)**

# SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

B6I (Official Form 6I) (12/07)

In re  Shlomo Bentov,                                          Case No.  13-36143-RAM
                    Debtor                                                                    (if known)

# SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | | |
|---|---|---|---|---|
| **Married** | RELATIONSHIP(S): | Aaron Bentov, Son; Jonathan Bentov, Son; Michael Bentov, Son; and Nathane Bentov, Son | AGES(S): | **19, 16, 14, and 1** |
| **Employment:** | DEBTOR | | SPOUSE | |
| Occupation | **Unemployed** | | | |
| Name of Employer | | | | |
| How long employed | | | | |
| Address of Employer | | | | |

INCOME: (Estimate of average or projected monthly income at                    DEBTOR                SPOUSE
                    time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | $ |
| 2. | Estimate monthly overtime | $ | $ |
| 3. | SUBTOTAL | $            0.00 | $            0.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a.  Payroll taxes and social security | $ | $ |
| | b.  Insurance | $ | $ |
| | c.  Union dues | $ | $ |
| | d.  Other (Specify): | $ | $ |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $            0.00 | $            0.00 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $            0.00 | $            0.00 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ | $ |
| 8. | Income from real property | $ | $ |
| 9. | Interest and dividends | $ | $ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |

***IF !Income monthly govt assistance none RTF AND COUNT(Income social security and government RDI) > 1 //multiple lines***

B6I (Official Form 6I) (12/07)

In re   **Shlomo Bentov,** _____     Case No.   13-36143-RAM _____
              **Debtor**                                                                                          (if known)

# SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

\*\*\*IF Income monthly govt assistance none RTF OR COUNT(Income social security and government RDI) = 1 // single line\*\*\*

$ _____     $ _____

12.   Pension or retirement income   $ _____     $ _____

\*\*\*IF !Income monthly other income none RTF AND COUNT(Income other RDI) > 1 // multiple lines\*\*\*

\*\*\*IF Income monthly other income none RTF OR COUNT(Income other RDI) = 1 // single line\*\*\*

$ _____     $ _____

(Left margin vertical text): \*\*\*IF Income monthly govt assistance none RTF OR COUNT(Income social security and government RDI) = 1 // single line\*\*\* \*\*\*IF Income monthly other income none

B6I (Official Form 6I) (12/07)

In re __Shlomo Bentov,_____     Case No. __13-36143-RAM_____
             Debtor                                                      (if known)

# SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

monthly other income none RT F O R C O U N T (Income other RDI) = 1 // single line* **

| | | | | | |
|---|---|---|---|---|---|
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ | 0.00 | $ | 0.00 |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (combine column totals from line 15) | $ | 0.00 | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

***IF Income note B06I TF***

B 6J (Official Form 6J) (12/07)

In re <u>Shlomo Bentov,</u>                                Case No.  <u>13-36143-RAM</u>
<br>                                **Debtor**                                                 **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. | Rent or home mortgage payment (include lot rented for mobile home) | | |
| | a. | Are real estate taxes included?  Yes _____  No _____ | |
| | b. | Is property insurance included?  Yes _____  No _____ | |
| 2. | Utilities:   a.   Electricity and heating fuel | | $1,200.00 |
| | b.   Water and sewer | | |
| | c.   Telephone | | $216.00 |
| | d.   Other: Cable. | | $200.00 |
| 3. | Home maintenance (repairs and upkeep) | | 175 |
| 4. | Food | | $650.00 |
| 5. | Clothing | | $50.00 |
| 6. | Laundry and dry cleaning | | $50.00 |
| 7. | Medical and dental expenses | | 100 |
| 8. | Transportation (not including car payments) | | 25 |
| 9. | Recreation, clubs and entertainment, newspapers, magazines, etc. | | |
| 10. | Charitable contributions | | |
| 11. | Insurance (not deducted from wages or included in home mortgage payments) | | |
| | a.   Homeowner's or renter's | | |
| | b.   Life | | |
| | c.   Health | | |
| | d.   Auto | | $100.00 |
| | e.   Other _____ | $ | |
| 12. | Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $ | |
| 13. | Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| | a.   Auto | | $781.59 |
| | b.   Other _____ | $ | |
| 14. | Alimony, maintenance, and support paid to others | | |
| 15. | Payments for support of additional dependents not living at your home | | $2,500.00 |
| 16. | Regular expenses from operation of business, profession, or farm (attach detailed statement) | | |
| 17. | Other | $ | 325.00 |
| |             Gas.                  $250.00 | | |
| |             Personal Care.       $75.00 | | |
| 18. | AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,072.59 |
| 19. | Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: ***Expense anticipated change TE*** | | |
| 20. | STATEMENT OF MONTHLY NET INCOME | | |
| | a.   Average monthly income from Line 15 of Schedule I | $ | 0.00 |
| | b.   Average monthly expenses from Line 18 above | $ | 6,072.59 |
| | c.   Monthly net income (a. minus b.) | $ | -6,072.59 |

***IF Expense note B06J TF***

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Shlomo Bentov** _____ ,   Case No. **13-36143-RAM** _____
          <span style="font-size:smaller">Debtor</span>                                                              <span style="font-size:smaller">(If known)</span>

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**28**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **December 2, 2013** _____        Signature: **s/Shlomo Bentov** _____
                                                                              **Shlomo Bentov** Debtor

Date _____        Signature: _____
                                                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                Social Security No.
of Bankruptcy Petition Preparer                              *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____        _____
  Signature of Bankruptcy Petition Preparer                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                                        Signature: _____

                                                        _____
                                                        [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Adcom Worldwide
c/o Sprechman & Associates, P.A.
2775 Sunny Isles Blvd., #100
North Miami Beach, FL 33160


Anderson Management Co.
Anderson Tobacco Co., LLC
Homeland Tobacco Co.


Averitt Express
PO Box 102197
Atlanta, GA 30368


Benedict P. Kuehne, Esq.
Law Office of Benedict P. Kuehne, P.A.
100 SE 2nd Street, Suite 3550
Miami, FL 33131


Berenfeld Spritzer Shechter
c/o Emery Sheer
2525 Ponce de Leon Blvd.
Suite 5
Coral Gables, FL 33134


Boss Burley Tobacco International, LLC
7575 NW 70th Street
Miami, FL 33166


Brian Dorfman
1108 NW 70th Street
Hermitage, TN 37076


Byron Petersen, Esq.


Caribex Worldwide, Inc.
4248 Piedmont Parkway
Greensboro, NC 27425

Christy Hertz, Esq.
90 Almeria Avenue
Coral Gables, FL 33134


Clinton R. Losego, Esq.
Gunster, Yoakley & Stewart, P.A.
One Biscayne Blvd.
Miami, FL 33131


David Allan Freedman
Coffey Burlington, P.L.
Office in the Grove, Penthouse
2699 South Bayshore Drive
Miami, FL 33133

David B. Nimer, LLC
c/o Howard Kuker, Esq.
508 Dadeland Towers North
9200 S. Dadeland Blvd.
Miami, FL 33156

David H. Lichter, Esq.
Higer Lichter & Givner, LLP
18305 Biscayne Blvd., Suite 302
Aventura, FL 33160


Deborah S. Chames, Esq.
201 S. Biscayne Blvd., 17th Floor
Miami, FL 33131


Delsamshane Real Estate Investment Co.,
600 Brooks Rd.
Iowa Falls, IA 50126


Department of the Treasury Alcohol Tobac

Cincinnati, OH


Elena Ben-Tov
5131 SW 87th Avenue
Miami, FL 33165

Elena Ben-Tov
c/o Christy Lihertz, Esq.
90 Almeria Avenue
Suite 201
Coral Gables, FL 33134

FedEx Techconnect, Inc.
c/o Sprechman & Associates, P.A.
2775 Sunny Isles Blvd., #100
North Miami Beach, FL 33160


Great Florida Bank
15050 NW 79th Court, #200
Miami Lakes, FL 33016


Great Florida Bank
PO Box 028580
Miami, FL 33016


Gunster, Yoakley & Stewart, P.A.
c/o Dale Howard
2 South Biscayne Blvd., Suite 3400
Miami, FL 33131


H.J.J., Inc.
c/o Michael A. Levin, Esq.
1900 N. Commerce Parkway
Weston, FL 33326


Horry County State Bank
PO Box 218
Loris, SC 29569


Howard Alternatives, Inc.
c/o William K. Hill, Esq.
Gunster Yoakley & Stewart, P.A.
2 South Biscayne Blvd., Suite 3400
Miami, FL 33131


Internal Revenue Services

Ogden, UT 84201

```
IRS
PO Box 8208
Philadelphia, PA 19101


IRS
PO Box 8208
Philadelphia, PA 19101


IRS
PO Box 8208
Memphis, TN 38101


James R. Kelly
c/o Robert W. Holland, Esq.
5955 NE 4th Court
Miami, FL 33137


Jay Gamberg, Esq.
4000 Hollywood, Suite 350 North
Hollywood, FL 33021


Law Office of Robert W. Holland
PO Box 531430
Miami Shores, FL 33153


Luis M. Padron, Esq.
Padron & Estevez-Pazos, P.L.
135 San Lorenzo Ave., Suite 650
Coral Gables, FL 33146


Madison Acquisitions Corp.
PO Box 630037
North Miami Beach, FL 33163


Mainfreight, Inc.
1400 Glenn Curtiss Street
Carson, CA 90746
```

Majestic Caterers
c/o Michael Levin, Esq.
1900 N. Commerce Pkwy.
Weston, FL 33326

Manhattan Condominium Development, Inc.
c/o Bernard Allen, Esq.
2699 S. Bayshore Drive
Floor 7
Miami, FL 33133

Maria Yip
201 Alhambra Circle, Suite 501
Coral Gables, FL 33134

Michael L. Feinstein, Esq.
888 East Olas Blvd., Suite 700
Ft. Lauderdale, FL 33301

Michael Phelan
c/o Moecker & Associates, Inc.
3613 North 29th Avenue
Hollywood, FL 33020

Mindy Lee Pallot, Esq.
Horry County State Bank
1200 Brickell Ave., Suite 950
Miami, FL 33131

National Assn. of Attorneys General
2030 Market Street NW
Washington, DC 20036

Ocean Bank
c/o J.T. Haley, Esq.
Haley, Sinajao & Perez, P.A.
100 S. Biscayne Blvd., Suite 800
Miami, FL 33131

Opa Opa Corp.
70 Split Rock Road
Syosset, NY 11791

Pascale Guerrier, Esq.
U.S. Dept. of Justice
555 4th Street, NW, Room 6214
Washington, DC 20001


Pascale Guerrier, Esq.
U.S. Dept. of Justice
555 5th Street, NW Room 6214
Washington, DC 20001


Peter F. Valori, Esq.
Damian & Valori, LLP
1000 Brickell Ave., #1020
Miami, FL 33131


Platinum Gold Entertainment, Inc.
c/o Michael A. Levin, Esq.
1900 N. Commerce Pkwy.
Weston, FL 33326


Rosenthal Rosenthal
Rasco Kaplan, LLC
20900 NE 30th Avenue
Suite 600
Aventura, FL 33180

SD Aroma, LLC
c/o William K. Hill, Esq.
2 South Biscayne Blvd., Suite 3400
Miami, FL 33131


Shane Rolls
12241 SW 130th Street
Miami, FL 33186


State of Florida, Dept. of Revenue
Miami Service Center
8175 NW 12th Street, Suite 119
Doral, FL 33126


Stover A. Hughes
1731 Old Powhatan ES
Powhatan, Virgina 23139

Summit Financial Corp
100 NW 100th Avenue
Plantation, FL 33324


SunTrust Bank
303m Peachtree Center Ave., 5th Floor
Atlanta, GA 30308


SunTrust Bank
Garnishment Levy Processing
MC: GA-Atlanta-5099
PO Box 4418
Atlanta, GA 30302


Tim-Bar Corp.
PO Box 680519
Miami, FL 33167


Ultimate Water, LLC
PO Box 024908
Miami, FL 33102


United States Dept. of Agriculture Finan
PO Box 419205
Stop 8568
Kansas City, MO 64141


United States of America
Dept. of Treasury, Alcohol & Tobacco and

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Florida**

In re:   **Shlomo Bentov**

_____
Debtors

Case No.   **13-36143-RAM**  _____

Chapter   **7**  _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:   **December 2, 2013** _____

Signed:   **s/Shlomo Bentov** _____

Dated:   _____

Signed:   _____

B 7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF FLORIDA

In re: Shlomo Bentov                                    Case No  13-36143-RAM
_____                                        _____
               Debtor                                                      (if known)

## STATEMENT OF FINANCIAL AFFAIRS

---

**1. Income from employment or operation of business**

None
☒    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                    AMOUNT                        SOURCE

**2. Income other than from employment or operation of business**

None
☒    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                    AMOUNT                        SOURCE

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☒    a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

2

None
☒

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225[*]. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

Debtor:
N/A

None
☒

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Debtor: Shlomo Ben-Tov a/k/a Sam Goodson v. Howard Alternatives, Inc. Case Number: 1:13-CV-23540-KMM | ***Lawsuit dtr nature of proceeding RTE*** | Miami-Dade County Circuit ***Lawsuit dtr court or agency location RTE*** | Pending |
| Dale Howard, Howard Alternatives, Inc. v. Shlomo Ben-Tov Case Number: 08-21603-CA 27 | ***Lawsuit dtr nature of proceeding RTE*** | Miami-Dade County Circuit Court ***Lawsuit dtr court or agency location RTE*** | Pending |
| Shlomo Ben-Tov v. Dale Howard, Et. Al. Case Number: 3D13-317 | ***Lawsuit dtr nature of proceeding RTE*** | Third District Court of Appeal State of Florida | Pending |
| Stover Hughes v. Virgina Carolina | ***Lawsuit dtr nature | Miami-Dade County | Pending |

---

[*] *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| | | | |
|---|---|---|---|
| Corporation, Inc.<br>Case Number: 09-20554 CA 27 | of proceeding RTE*** | Circuit<br>***Lawsuit dtr court or<br>agency location<br>RTE*** | |
| Shlomo Ben-Tov v. Howard<br>Alternatives, Inc.<br>Case Number: 13-28048 CA 21 | ***Lawsuit dtr nature<br>of proceeding RTE*** | Miami-Dade County<br>Circuit Court<br>***Lawsuit dtr court or<br>agency location<br>RTE*** | Pending |
| The Marriage of Elena Bentov and<br>Shlomo Bentov<br>Case Number: 07-11644 FC 04 | ***Lawsuit dtr nature<br>of proceeding RTE*** | Family Division<br>Miami-Dade County | ***Lawsuit dtr status or<br>disposition RTE*** |

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF<br>SEIZURE | DESCRIPTION<br>AND VALUE<br>OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION<br>AND VALUE<br>OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

Debtor:

None
☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

4

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None ☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None ☒

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**10. Other transfers**

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, | | DESCRIBE PROPERTY TRANSFERRED AND |
|---|---|---|

| RELATIONSHIP TO DEBTOR | DATE | VALUE RECEIVED |
|---|---|---|
| Debtor:<br>***Transfer dtr two years transferee name RTE***<br>***Transfer dtr two years transferee address RTE***<br><br>Relationship to Debtor: ***Transfer dtr two yr transferee relationship RTE*** | August 2013 | Sold Jewelry<br>Value: $2,000.00 |

None
☐

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| Debtor:<br>Yard tools-Airport Pawn Shop | August 2013 | 600 |

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Debtor:<br>Citibank<br>***Account closed dtr institution address RTE***<br>Boca Raton, FL | Type of Account: Checking<br>Account Number: 9878<br>Final Balance: $10.78 | ***Account closed dtr sale amount RNU***<br>October 30, 2013 |

### 12. Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

6

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

### 14. Property held for another person

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

### 15. Prior address of debtor

None
☒

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

### 16. Spouses and Former Spouses

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

**None** ☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**None** ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**None** ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

### 18 . Nature, location and name of business

**None** ☐

a. *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Debtor: VCC Holdings and Management | ***Business dtr individual abbrev id number RTE***/ | 7575 NW 70th Street Miami, FL 33166 | ***Business dtr individual nature | Beginning Date: 08/13/2008 |

8

| | | | | |
|---|---|---|---|---|
| LLC | 261965775 | | RTE*** | Ending Date: 9/28/12 |
| Boss Holdings, LLC | ***Business dtr individual abbrev id number RTE***/ N/A | 7575 NW 70th Avenue Miami, FL 33166 | ***Business dtr individual nature RTE*** | Beginning Date: 12/30/2011 Ending Date: N/A |
| Boss Marks, LLC | ***Business dtr individual abbrev id number RTE***/ None | 7575 NW 70th Avenue Miami, FL 33166 | ***Business dtr individual nature RTE*** | Beginning Date: 12/22/2011 Ending Date: 9/28/12 |
| VCC Holdings, LLC | ***Business dtr individual abbrev id number RTE***/ N/A | 12441 SW 130th Street Miami, FL 33186 | ***Business dtr individual nature RTE*** | Beginning Date: 1/30/2008 Ending Date: N/A |
| ABC Management, LLC | ***Business dtr individual abbrev id number RTE***/ 743145848 | 7575 NW 70th Street Miami, FL 33166 | ***Business dtr individual nature RTE*** | Beginning Date: 5/13/2005 Ending Date: 9/23/2011 |
| Boss Holdings, LLC | ***Business dtr individual abbrev id number RTE***/ N/A | 7575 NW 70th Avenue Miami, FL 33166 | ***Business dtr individual nature RTE*** | Beginning Date: 12/30/2011 Ending Date: N/A |
| Virgina Carolina Corporation, Inc. | ***Business dtr individual abbrev id number RTE***/ 582373661 | 7575 NW 70th Street Miami, FL 33166 | ***Business dtr individual nature RTE*** | Beginning Date: 6/27/08 Ending Date: N/A |

None
☒  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☒  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

Debtor:
N/A

**None**
☒

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                    DATES SERVICES RENDERED

Debtor:
N/A

**None**
☒

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                    ADDRESS

Debtor:
N/A

**None**
☒

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                    DATE ISSUED

Debtor:
N/A

---

**20. Inventories**

**None**
☒

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|                     |                       | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---------------------|-----------------------|------------------------------------------------------------------|
| DATE OF INVENTORY   | INVENTORY SUPERVISOR  |                                                                  |

Debtor:
N/A

**None**
☒

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|                     | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---------------------|------------------------------------------------------|
| DATE OF INVENTORY   |                                                      |

Debtor:
N/A

---

**21. Current Partners, Officers, Directors and Shareholders**

**None**
☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

10

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

N/A

None
***IF
Debtor
business
TF AND
((Debtor
type MC =
"1" AND
(Debtor
business
corporate
officer or
partner
MC =
"Officer"
AND
Debtor
business
current or
former
officer part
MC =
"Current")
) OR
Debtor
type MC =
"2") AND
ANSWER
ED
(Corporati
on officer
name
RTE)***

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

***IF ((Debtor type MC = "1" AND (Debtor business corporate officer or partner MC = "Officer" AND Debtor business current or former officer part MC = "Current")) OR Debtor type MC = "2")***

**22. Former partners, officers, directors and shareholders**

None
☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

N/A

None
***IF
Debtor
business
TF AND
((Debtor
type MC =
"1" AND
(Debtor
business
corporate

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

officer or
partner
MC =
"Officer"
AND
Debtor
business
current or
former
officer part
MC =
"Former"))
OR Debtor
type MC =
"2") AND
ANSWER
ED(Corpor
ation
former
officer
name
RTE)***

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

***IF ((Debtor type MC = "1" AND (Debtor business corporate officer or partner MC = "Officer" AND Debtor business current or former officer part MC = "Former")) OR (Debtor type MC = "2" AND Corporation former officer TF))***

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| N/A | | |

### 24. Tax Consolidation Group.

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER-IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER-IDENTIFICATION NUMBER (EIN)

12

\* \* \* \* \* \*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  December 2, 2013 _____

Signature
of Debtor   s/Shlomo Bentov _____

Date  _____

Signature of
Joint Debtor
(if any)   _____

0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re  Shlomo Bentov
     Debtor

Case No.  13-36143-RAM

Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> Great Florida Bank | **Describe Property Securing Debt:** <br> 14200 Farmer Road <br> Palmetto Bay, FL 33158 |

Property will be *(check one)*:
    ☒ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☒ Claimed as exempt    ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:** <br> Summit Financial Corp | **Describe Property Securing Debt:** <br> 2008 Mercedes C300 <br> VIN# <br> Mileage: 85,000 |

Property will be *(check one)*:
    ☐ Surrendered        ☒ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☒ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☒ Claimed as exempt    ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Elena Ben-Tov | **Describe Property Securing Debt:**<br>14200 Farmer Road<br>Palmetto Bay, FL 33158 |

Property will be *(check one)*:
      ***IF Secured claim surrendered or retained RMC = "Surrendered"*** Surrendered ***IF Secured claim surrendered or retained RMC = "Retained"*** Retained

If retaining the property, I intend to *(check at least one)*:
      ***IF Secured claim surrendered or retained RMC = "Retained" AND Secured claim redeem or reaffirm RMC = "1"*** Redeem the property
      ***IF Secured claim surrendered or retained RMC = "Retained" AND Secured claim redeem or reaffirm RMC = "2"*** Reaffirm the debt
      ***IF Secured claim surrendered or retained RMC = "Retained" AND Secured claim redeem or reaffirm RMC = "3"*** Other.  Explain ***IF Secured claim surrendered or retained RMC = "Retained" AND Secured claim redeem or reaffirm RMC = "3"***.

Property is *(check one)*:
      ***IF Secured claim exempt or nonexempt RTF*** Claimed as exempt ***IF ! Secured claim exempt or nonexempt RTF*** Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: December 2, 2013            s/Shlomo Bentov
                                             Signature of Debtor

                                             Signature of Joint Debtor